UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF IGLOO SERIES V TRUST<br><br>　　Plaintiff,<br><br>v.<br><br>UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, AND ALL OTHER PARTIES CLAIMING AN INTEREST BY, THROUGH, OR UNDER THE ESTATE OF MAXIMIN C. COTE, et al.,<br><br>　　Defendant(s) | Civil Action No. 1:23-cv-00253-JJM-LDA<br><br>January 19, 2024 |

## NOTICE OF DISMISSAL

NOW COMES Plaintiff U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust, in the above-captioned matter, and voluntarily dismisses all claims pursuant to Rule 41(a)(1)(A), without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　U.S. BANK TRUST NATIONAL
　　　　　　　　　　　　　　　　　　ASSOCIATION, AS TRUSTEE OF
　　　　　　　　　　　　　　　　　　IGLOO SERIES V TRUST
　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　/s/ *David A. Shaw*
　　　　　　　　　　　　　　　　　　David A. Shaw, Esq. (RI Bar No. 3497)
　　　　　　　　　　　　　　　　　　Demerle Hoeger LLP
　　　　　　　　　　　　　　　　　　10 City Square
　　　　　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　　　　　(617) 337-4444
　　　　　　　　　　　　　　　　　　DShaw@DHNewEngland.com

## CERTIFICATE OF SERVICE

    I, David A. Shaw, Esq., hereby certify that on January 19, 2024, a copy of this notice was filed through the electronic filing system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

                                                                           */s/ David A. Shaw, Esq.*
                                                                           David A. Shaw, Esq.